**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 21-02391 |
| RaShawn Jackson; | CHAPTER 13 |
| Debtor(s). | JUDGE Timothy A. Barnes |

**NOTICE OF MOTION**

TO:    See attached list

PLEASE TAKE NOTICE that on <u>July 28, 2022</u>, at <u>9:30</u> a.m., I will appear before the Honorable Timothy A. Barnes, or any judge sitting in that judge's place, and present the motion of PNC Bank, National Association to lift the automatic stay, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government.** No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 329 5276 and the password is 433658. The meeting ID and password can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

PNC Bank, National Association

By: <u>/s/ Nisha B. Parikh</u>
Diaz Anselmo & Associates LLC
1771 W. Diehl Rd., Ste. 120
Naperville, IL 60563-4947
630-453-6960 | 866-402-8661 | 630-428-4620 (fax)
ILBankruptcy@dallegal.com

This law firm is deemed to be a debt collector.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2022 a true and correct copy of the foregoing NOTICE OF MOTION was served:

Via the Court's ECF system on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

    Megan Swenson, Debtor's Counsel

    Marilyn O Marshall, Trustee

    Patrick S Layng, United States Trustee

And by regular US Mail, postage pre-paid on:

    RaShawn Jackson, 7037 Pershing Rd, Stickney, IL 60402

                                             /s/ Tina Kehoe

                                             Attorney for Creditor

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 21-02391 |
| RaShawn Jackson; | CHAPTER 13 |
| Debtor(s). | JUDGE Timothy A. Barnes |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**

Now comes PNC Bank, National Association, secured creditor herein, by and through its attorneys, DIAZ ANSELMO & ASSOCIATES LLC, and moves for entry of the attached Order Granting Relief from the Automatic Stay and in support thereof respectfully states as follows:

1. This Court has jurisdiction pursuant to 28 U.S.C. § 1334 and the general orders of the Northern District of Illinois.

2. Venue is fixed in this Court pursuant to 28 U.S.C. § 1409.

3. This matter constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(G).

4. The debtor filed a petition for relief under Chapter 13 on February 24, 2021. The Chapter 13 Plan was confirmed on June 3, 2021.

5. PNC Bank, National Association holds a mortgage secured by a lien on debtor's real estate commonly known as 7037 W. Pershing Rd., Stickney, Illinois 60402-3941.

6. As-of July 13, 2022 there is no equity in the property as the value is $211,166.66 (per Schedule A/B) and the total payoff amount is $193,854.35. After the homestead exemptions and costs of sale, there would be no funds left to administer to the estate.

7. As-of July 13, 2022 the loan is past due for the May 1, 2022 to July 1, 2022 payments in the amount of $1,678.50 each. The suspense credit is $88.81. The total default is $5,984.69, including attorney fees and costs for bringing this motion in the amount of $1,038.00.

8. The failure of the debtor to make timely payments is cause for the automatic stay to be modified as to the movant pursuant to 11 U.S.C. § 362(d)(1).

9. The movant requests the Court order that Rule 4001(a)(3) is not applicable

WHEREFORE, Movant prays for an entry of the attached Order Granting Relief from the Automatic Stay and for such further relief as this Court deems proper.

PNC Bank, National Association

/s/ Nisha B. Parikh

Diaz Anselmo & Associates, LLC
1771 West Diehl Road, Suite 120
Naperville, IL 60563
(630) 453-6960 | (866) 402-8661 | (630) 428-4620 (fax)
ILBankruptcy@dallegal.com
Firm File Number: B21030012
This law firm is deemed to be a debt collector.