# REQUIRED STATEMENT
## TO ACCOMPANY MOTIONS FOR RELIEF FROM STAY

All Cases:  Debtor(s) RaShawn Jackson                                   Case No. 21-02391  Chapter 13
All Cases:  Moving Creditor PNC Bank, National Association        Date Case Filed 02/24/2021
Nature of Relief Sought: ☑ Lift Stay       ☐ Annul Stay    ☐ Other (describe) _____
Chapter 13:     Date of Confirmation Hearing _____ or Date Plan Confirmed 06/03/2021
Chapter 7:       ☐ No-Asset Report Filed on _____
                     ☐ No-Asset Report not Filed, Date of Creditors Meeting _____

1. Collateral
    a.   ☑ Home
    b.   ☐ Car  Year, Make, and Model _____
    c.   ☐ Other (describe) _ _____
2. Balance Owed as of Petition Date  $194,055.95
   Total of all other Liens against Collateral $0.00
3. In chapter 13 cases, if a post-petition default is asserted in the motion, attach a payment history listing the amounts and dates of all payments received from the debtor(s) post-petition.
4. Estimated Value of Collateral (must be supplied in *all* cases)  $211,166.66 (per Schedule A/B)
5. Default
    a.   ☐ Pre-Petition Default
         Number of months _____                Amount $ _____
    b.   ☑ Post-Petition Default
         i.   ☑ On direct payments to the moving creditor
              Number of Months  3   Amount  $4,946.69
         ii.  ☐ On payments to the Standing Chapter 13 Trustee
              Number of months _____                Amount $ _____
6. Other Allegations
    a.   ☐ Lack of Adequate Protection § 362(d)(1)
         i.   ☐ No insurance
         ii.  ☐ Taxes unpaid       Amount $_____
         iii. ☐ Rapidly depreciating asset
         iv.  ☐ Other (describe) _____
    b.   ☑ No Equity and not Necessary for an Effective Reorganization § 362(d)(2)
    c.   ☐ Other "cause" § 362(d)(1)
         i.   ☐ Bad Faith (describe) _____
         ii.  ☐ Multiple Filings
         iii. ☐ Other (describe) _____
    d.   Debtor's Statement of Intention regarding the Collateral
         i.   ☐ Reaffirm       ☐ Redeem       ☐ Surrender     ☐ No Statement of Intention Filed

Date:   07/15/2022_____                  /s/ Nisha B. Parikh_____
                                                    Counsel for Movant